IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**RICO O. MCBRIDE**                                                                                    **PLAINTIFF**

**v.**                                                                              **Civil No. 1:13-cv-276-HSO-RHW**

**JACKSON COUNTY NARCOTICS**
**TASK FORCE et al.**                                                                                **DEFENDANTS**

### ORDER GRANTING DEFENDANTS' MOTION TO DISMISS THE JACKSON COUNTY NARCOTICS TASK FORCE AND THE JACKSON COUNTY SHERIFF'S DEPARTMENT

BEFORE THE COURT is the Motion to Dismiss [2] pursuant to Federal Rule of Civil Procedure 12(b)(6), filed by the Jackson County Narcotics Task Force and Jackson County Sheriff's Department. Plaintiff Rico O. McBride, proceeding *pro se*, has filed a Response [3]. For the following reasons, Defendants' Motion should be granted.

The Jackson County Narcotics Task Force and Jackson County Sheriff's Department are not proper parties to this suit because they are not political subdivisions or separate legal entities in and of themselves but rather are merely extensions of Jackson County, Mississippi. *Bradley ex rel. Wrongful Death Beneficiaries of Bradley v. City of Jackson,* No. 3:08-cv-261-TSL-JCS, 2008 WL 2381517, *2 (S.D. Miss. June 5, 2008)(collecting cases). Claims related to the alleged acts of the Jackson County Narcotics Task Force and Jackson County Sheriff's Department must be brought against Jackson County, Mississippi. *Hearn v. Hinds Co. Bd. Sup'rs,* No. 3:11cv662-DPJ-FKB, 2012 WL 3913423, *4 (S.D. Miss. Sept. 7, 2012)(collecting cases). Accordingly, the Jackson County Narcotics Task Force and Jackson County Sheriff's Department should be dismissed as parties and the claims

against them dismissed.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the Motion to Dismiss [2] pursuant to Federal Rule of Civil Procedure 12(b)(6), filed by the Jackson County Narcotics Task Force and Jackson County Sheriff's Department is **GRANTED**, and Plaintiff's claims against the Jackson County Narcotics Task Force and Jackson County Sheriff's Department are dismissed.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, the Clerk of Court shall correct the caption of this case by terminating the following parties: Jackson County Narcotics Task Force and Jackson County Sheriff's Department.

**SO ORDERED AND ADJUDGED**, this the 10th day of January, 2014.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE